1028

[No. 23644-0-I. Division One. July 2, 1990.]

THE STATE OF WASHINGTON, *Respondent,* v. LEONARD J. SLACK, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 88-1-05074-7, Mary Wicks Brucker, J., entered January 27, 1989. *Dismissed* by unpublished per curiam opinion.

[No. 23512-5-I. Division One. July 2, 1990.]

THE STATE OF WASHINGTON, *Respondent,* v. VENUS MOORE, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 88-8-01429-1, Carmen Otero, J., entered November 30, 1988. *Dismissed* by unpublished per curiam opinion.

[No. 23969-4-I. Division One. July 2, 1990.]

THE STATE OF WASHINGTON, *Respondent,* v. ANTHONY FULSOM, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 88-1-06541-8, Anne L. Ellington, J., entered March 20, 1989. *Dismissed* by unpublished per curiam opinion.

[No. 23985-6-I. Division One. July 2, 1990.]

THE STATE OF WASHINGTON, *Respondent,* v. JOSE MARTINEZ RAMIREZ, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 89-1-00432-8, Robert E. Dixon, J., entered April 17, 1989. *Dismissed* by unpublished per curiam opinion.